HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHRISTINA M. CORCORAN, NY Bar # 5118427
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
LANE KELLY WHITTENBERG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LANE KELLY WHITTENBERG<br><br>Defendant. | Case No. 1:20-cr-00207-JLT-SKO<br><br>STIPULATION TO CONTINUE SENTENCING HEARING; ORDER<br><br>Date:   March 25, 2022<br>Time:  9:00 a.m.<br>Judge: Hon. Jennifer L. Thurston |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Antonio J. Pataca, counsel for plaintiff, and Assistant Federal Defender Christina M. Corcoran, counsel for defendant Lane Kelly Whittenberg, that the Court may continue the sentencing hearing from March 4, 2022, to March 25, 2022, at 9:00 a.m.

The requested continuance is necessary to accommodate defense counsel's schedule and for the completion of the defense investigation related to sentencing.  Counsel for the government has no objection to the requested change of date.  The remaining schedule for objections will shift by three weeks.  As this is a sentencing hearing, no exclusion of time is necessary.

                                                                    Respectfully submitted,

                                                                    PHILLIP A. TALBERT
                                                                    Acting United States Attorney

/ / /

| | | |
|---|---|---|
| 1 | Date: February 18, 2022 | */s/ Antonio J. Pataca* |
| 2 | | ANTONIO J. PATACA<br>Assistant United States Attorney<br>Attorney for Plaintiff |
| | | |
| 4 | | HEATHER E. WILLIAMS<br>Federal Defender |
| 6 | Date: February 18, 2022 | */s/ Christina M. Corcoran* |
| 7 | | CHRISTINA M. CORCORAN<br>Assistant Federal Defender<br>Attorney for Defendant |
| 8 | | LANE KELLY WHITTENBERG |

**O R D E R**

GOOD CAUSING APPEARING, the Court hereby continues the sentencing hearing currently scheduled for March 4, 2022 to March 25, 2022, at 9:00 a.m.

IT IS SO ORDERED.

Dated:   **February 22, 2022**

UNITED STATES DISTRICT JUDGE

Whittenberg Stipulation and
Proposed Order

2