ERIC GRANT
United States Attorney
ERIC A. CATTO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4040
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

Plaintiff,

v.

LANE KELLY WHITTENBERG,

Defendant.

Case No. 1:20-CR-00207-JLT-SKO

**STIPULATION TO CONTINUE STATUS CONFERENCE: AND ORDER**

Date; October 28, 2026
Time: 2:00 p.m.

IT IS HEREBY STIPULATED between the parties that the status conference set for July 29, 2026, at 2:00 p.m., can be continued to October 28, 2026, at 2:00 p.m. Mr. Whittenberg is also facing a new complaint (currently assigned as 1:26-mj-00085-SAB) arising from the same incident that formed the basis of this alleged term of supervised release violation. Mr. Whittenberg will be arraigned on the new complaint on July 29, 2026 and the parties intend to request a status conference with the same date of October 28, 2026 at 2:00pm, for the convenience of the parties and the Court.

Therefore, the parties request that the status conference currently set for July 29, 2026, at 2:00 p.m. to be continued to October 28, 2026, at 2:00 p.m.

Dated: July 23, 2026

*/s/ Steven L. Crawford*
Steven L. Crawford
Attorney for Lane Kelly Whittenberg

*/s/ Eric A. Catto*
ERIC A. CATTO
Assistant United States Attorney

ORDER

Upon the parties' stipulation and for good cause shown, the status conference currently scheduled for July 29, 2026, at 2:00 p.m. is hereby continued to October 28, 2026, at 2:00 p.m. before Magistrate Judge Stanley A. Boone.

Dated: July 24, 2026

By

FRANK J. SINGER
UNITED STATES MAGISTRATE JUDGE