ERIC GRANT
United States Attorney
ERIC A. CATTO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4040
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>LANE KELLY WHITTENBERG,<br><br>Defendant. | Case No. 1:20-cr-00207-JLT-SKO<br><br>**STIPULATION TO VACATE STATUS CONFERENCE AND SET AN ADMISSION HEARING** |

IT IS HEREBY STIPULATED between the parties that the status conference set for October 28, 2026 be vacated, and the matter instead be set for an admission hearing on the term of supervised release petition, on November 30, 2026 at 9:00am before the Honorable Judge Jennifer L. Thurston.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through defendants' counsel of record, hereby stipulate as follows:

1. The parties have reached a plea agreement. The Defendant signed the plea agreement and placed the signed copy in the mail on Friday, October 21, 2026, but his defense counsel has not yet received the signed copy as of today. When his defense counsel receives the signed copy of the plea agreement in the mail, he will file the agreement with the Court. If the signed agreement is never received, Mr. Whittenberg will sign another hard copy of the

agreement at the change of plea hearing on November 30, 2026.

2. Additionally, the Defendant intends to make admissions to at least some of the alleged TSR violations on November 30, 2026.

3. Because of the schedule of counsel and the need for counsel to prepare for the change of plea, the parties seek to set change of plea on November 30, 2026, and vacate the existing scheduling conference.

4. The parties agree and stipulate, and request that the Court find the following:

a) The government has represented that the initial discovery associated with this case includes investigative reports, and related documents, videos and photographs, etc., in electronic form. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying. Defense would like additional time to review discovery in preparation for change of plea and sentencing, in order to better assist in the preparation of the pre-sentence report and any objections thereof.

b) The government does not object to the continuance.

c) An ends-of-justice delay is particularly apt in this case because Defendant needs additional time to review discovery and prepare for sentencing and the pre-sentence investigation.

d) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

e) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 28, 2026 to November 30, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv) because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Dated: October 22, 2026

*/s/ Steven L. Crawford*
Steven L. Crawford
Attorney for Lane Kelly Whittenberg

*/s/ Eric A. Catto*
ERIC A. CATTO
Assistant United States Attorney

ERIC GRANT
United States Attorney
ERIC A. CATTO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4041
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br>v.<br><br>LANE KELLY WHITTENBERG,<br><br>Defendant. | Case No. 1:20-cr-00207-JLT-SKO<br><br>ORDER |

Upon the parties' stipulation and for good cause shown, the status conference currently scheduled for October 28, 2026, at 1:00 p.m. is hereby vacated and an admission hearing is set for November 30, 2026 at 9:00am before the Honorable Judge Jennifer L. Thurston.

The Court also finds that:

a) The government has represented that the initial discovery associated with this case includes investigative reports, and related documents, videos and photographs, etc., in electronic form. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying. Defense would like additional time to review discovery in preparation for change of plea and sentencing, in order to better assist in the preparation of the pre-sentence report and any objections thereof.

b) The government does not object to the continuance.

c) An ends-of-justice delay is particularly apt in this case because Defendant needs additional time to review discovery and prepare for sentencing and the pre-sentence investigation.

d) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

e) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 28, 2026 to November 30, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv) because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

Dated: **October 23, 2026**

/s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE